

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-16-00169-CV

IN RE STEPHEN AVDEEF                                    RELATOR

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. AA012683

----------

## MEMORANDUM OPINION[1]

----------

The court has considered "relator's original writ of mandamus petition to the court of appeals for injunctive relief from the municipal court to forcibly terminate the lower court's plenary authority" and is of the opinion that relief should be denied. Accordingly, "relator's original writ of mandamus petition to the court of appeals for injunctive relief from the municipal court to forcibly terminate the lower court's plenary authority" is denied.

---

[1]*See* Tex. R. App. P. 47.4.

PER CURIAM

PANEL:  DAUPHINOT, J.; LIVINGSTON, C.J.; and GARDNER, J.

DELIVERED:  June 2, 2016